

**FILED**
5/17/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CLIFTON HARRIS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SHERIFF TOM DART
AND THE COOK
COUNTY JAIL

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

APR 13 2016 ᴱᴬᴳ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

16-cv-4305
Judge John J. Tharp Jr.
Magistrate Judge Maria Valdez
PC 4

CHECK ONE ONLY:          **AMENDED COMPLAINT**

  ✓            **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              U.S. Code (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: CliFTon HARRIS

    B.    List all aliases: NONE

    C.    Prisoner identification number: 20151023057

    D.    Place of present confinement: Div 11, Cook County Jail

    E.    Address: 2600 S. CALiForNia

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Tom DART

         Title: SHERiFF of Cook County

         Place of Employment: Cook County Jail

    B.    Defendant: Cook County Jail

         Title: DEpARTment of CoRRecTioNS

         Place of Employment: CHiCAGo IL.

    C.    Defendant: _____

         Title: _____

         Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _NoNE_

B.   Approximate date of filing lawsuit: _NONE_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D.   List all defendants: _NONE_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F.   Name of judge to whom case was assigned: _NONE_

G.   Basic claim made: _NONE_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _NONE_

I.   Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 2-28-2016 I WAS ORDERED by C/o WORKING C.C. TIER-IN DIV. 11 To come out of my cell because NO INMATE CAN STAY IN THIER CELL, EVERYONE HAS To go in THE DAYROOM AS I WAS getTing out of My Top bunk I slipped And my back went out And I fell To my KNEES, SEVERELY INjuring My KNEES AND Lower BACK, I WAS issUED A low bunk PERMIT upon ENTERing THE JAIL on 10-24-2015 AND I HAVE been ON THE Top bunk because NO C/o's ENForced My Medical direcTive low bunk permiT. ON My WAY To THE dispencery I felT A SHARP PAIN go down My legs And My back gave ouT And I Fell Again, AN Ambulance was called And I WAS TAKEN To THE STROGERS HospiTAl WHERE I WAS giVEN A SHoT For My lower bAck And My KNEES WERE X-RAYED SHowing some Fluids on THEM, I WAS issUED Some PAIN MedicATion by THE DocTor AT STROGERS, buT upon My RETURN To THE cook COUNTY JAil THAT NiGHT- 2-28-16 I SAW A DocTor IN THE CERMAK HospiTAl HERE

4

AT THE COOK COUNTY JAIL, HE RE-ISSUED - updated my low bunk permit AND I WAS RETURNED TO THE SAME CELL AND SAME Top bunk AFTER SHOWING THE 3 To 11 C/o my low bunk permit AND HE still NEGLECTED To INForce it, AS A RESULT, I AM IN CONSTANT PAIN

5

Revised 9/2007

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$500.000   FOR MY PAIN AND SUFFERING, AS WELL AS MY FUTURE MEDICAL bills AND THERAPY. IN ORDER TO HAVE A PAIN FREE AND SOMEWHAT NORMAL LIFE

VI.    The plaintiff demands that the case be tried by a jury.   ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___18___ day of __MARCH__, 20_16_

_Clifton Harris_
(Signature of plaintiff or plaintiffs)

CLIFTON   HARRIS
(Print name)

20151023057
(I.D. Number)

P.O. Box 089002
CHICAGO IL. 60608
(Address)

6                                                  Revised 9/2007